JOHN GANS, JR., ET AL., RESPONDENTS, v. COLUMBIA
INSURANCE COMPANY, APPELLANT.

Submitted June 6, 1924—Decided October 20, 1924.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 44.

For the respondents, *Edwin B. & Philip Goodell.*

For the appellant, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ.    15.

*For reversal*—None.